UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) M.B.D. No. |
| v. | ) |
| | ) 04 MBD 10311 |
| ANTHONY JUNAID | ) 04MJ 0048 / RBC |
| | ) |

**JOINT MOTIONS TO EXTEND PERIOD WITHIN WHICH INDICTMENT
OR INFORMATION MUST BE FILED AND FOR EXCLUDABLE TIME**

The parties hereby move the Court, pursuant to 18 U.S.C. §3161(b) and 18 U.S.C. §3161(h)(8)(A), for an Order that extends the period within which an Indictment or Information must be filed from the current deadline of November 4, 2004 until December 8, 2008, 2004. As grounds, the parties state that the United States and the defendant in this bank fraud case are engaged in discussions that may lead to early resolution of this case. The parties require additional time to complete these discussions.

Because the delay resulting from the requested extension of time would serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial, the parties move that the period of the delay be deemed excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| ANTHONY JUNAID | MICHAEL J. SULLIVAN |
| By his Attorney | United States Attorney |
| | By: |
| *Edward P. Ryan, Jr./MC* | *[signature]* |
| Edward P. Ryan, Jr. | JOHN A. CAPIN |
| O'Connor & Ryan P.C. | Assistant U.S. Attorney |
| (978)345-4166 | (617) 748-3264 |

FILED
IN CLERKS OFFICE
2004 OCT 29 P 3:09
U.S. DISTRICT COURT
DISTRICT OF MASS.