UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | M.B.D. NO. 04-MC-10311-NMG |
| v. ) | |
| ANTHONY JUNAID ) | |

**SECOND JOINT MOTION TO EXTEND PERIOD WITHIN WHICH INDICTMENT
OR INFORMATION MUST BE FILED AND FOR EXCLUDABLE TIME**

The parties hereby move the Court, pursuant to 18 U.S.C. §3161(b) and 18 U.S.C. §3161(h)(8)(A), for an Order that extends the period within which an Indictment or Information must be filed from the current deadline of December 8, 2004 to January 12, 2005. As grounds, the parties state as follows:

1. The defendant in this case was charged by complaint on October 5, 2004 with bank fraud. On November 1, 2004, the Court granted a joint motion of the parties to continue the Indictment deadline until December 8, 2004 and to exclude the period of delay for purposes of the Speedy Trial Act. The parties' motion was based on the fact that the parties are engaged in discussions aimed at resolution of this matter.

2. Since the Court granted the motion to continue the Indictment deadline, the government has made available to the defendant voluminous pre-charge discovery. The defendant requires additional time to review these documents and the parties require additional time to complete plea discussions.

3. It is in the interest of fairness, efficiency, and judicial economy to permit the defendant to

complete his review of the documents provided by the government and to permit the parties additional time to complete their discussions.

Because the delay resulting from the requested extension of time would serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial, the parties move that the period of the delay be deemed excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| | |
|---|---|
| ANTHONY JUNAID<br>By his Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| /s/ *Edward P. Ryan / JAC*<br>Edward P. Ryan, Jr.<br>O'Connor & Ryan P.C.<br>(978)345-4166 | JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |